# UNITED STATES DISTRICT COURT

for

Connecticut

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Donato Telesco                    Case Number: 5:91CR00032 (TFGD / AWT)

Name of Sentencing Judicial Officer:  The Honorable T.F. Gilroy Daly, U.S. District Judge

Date of Original Sentence: September 4, 1991

Original Offense: Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine, in violation of 21 U.S.C. 846.

Original Sentence: 210 months' imprisonment

Type of Supervision: 60 months' TSR        Date Supervision Commenced:  July 26, 2006

### PETITIONING THE COURT

☒ To extended the term of supervision for _____ years, for a total term of _____ years.

☐ To modify the conditions of supervision as follows:

To extend the term of supervised release for a period of 6 months, for a total term of 66 months.

Any data typed beyond the space provided will not print.  If more space is required, click the Add Page button.    [ Add Page ]    [ Next Page ]

CAUSE

Mr. Telesco admits that he has routinely had law enforcement contact and that he has failed to report these law enforcement contacts to the U.S. Probation Office. On June 23, 2011, the defendant's home suffered from a fire and he was interviewed by Newtown Police where he failed to the report law enforcement contact. On February 22, 2011, Mr. Telesco was interviewed at his home by Monroe Police regarding a complaint of fraud and forgery. The defendant failed to report this law enforcement contact.

On July 22, 2011, probation interviewed Mr. Telesco about a domestic dispute at his home on May 21, 2010. Newtown Police records indicate a  response to the home for a report that the defendant was locked in the bathroom while arguing with his wife, Anita Pettingill. Mr Telesco denied that the police were called for that such incident, but admits that the police were called since his by his teenage son since he did not agree with the home rules. The defendant stated that he failed to report this contact as well.

Mr. Telesco was given a verbal reprimand for failure to report law enforcement contact and failure to submit a truthful and accurate monthly supervision reports to the U.S. Probation Office. Attached is a waiver signed by the defendant, where he waives his right to a hearing to extend his supervision for an additional period of six months. This sanction is in response to the defendant's failure to report several law enforcement contacts.

Respectfully submitted,

By: _____

Kimberlee S. Gorton
U.S. Probation Officer
Date:          July 22, 2011

## THE COURT ORDERS:

☐ No action.

☒ The extension of supervision as noted above.

☐ The modification of conditions as noted above.

☐ Other

_____
Signature of Judicial Officer

July 22, 2011
_____
Date

Any data typed beyond the space provided will not print.  If more space is required, click the Add Page button.     | Add Page |     | Next Page |

| Submit by Email |     | Print |     | Save As... |